Derek Marco Rudman, St. Louis, MO, for Juvenile.

Before SHERRI B. SULLIVAN, P.J., LAWRENCE G. CRAHAN, J., and LAWRENCE E. MOONEY, J.

*ORDER*

PER CURIAM.

Cheryl Welland (Mother) appeals from a trial court judgment terminating her parental rights to her two minor children, C.W. and M.W., pursuant to Section 211.447 RSMo. (2000). We have reviewed the briefs of the parties and the record on appeal and conclude that the judgment of the trial court terminating Mother's parental rights to C.W. and M.W. is supported by substantial evidence and not against the weight of the evidence. *In the Interest of F.N.M.*, 951 S.W.2d 702, 703 (Mo.App. E.D.1997). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b).

Phoebe P. Herrin, Macon, MO, Micaila M. Mefford, Guardian Ad Litem, Shelbina, MO, for appellant.

John R. Bird, St. Louis, MO, Cindi Ayers, Macon, MO, for respondent.

Before WILLIAM H. CRANDALL, JR., P.J., and KATHIANNE KNAUP CRANE and ROBERT G. DOWD, JR., JJ.

**ORDER**

PER CURIAM.

Father appeals the trial court's judgment terminating his parental rights to his minor child, M.M.M.

We have reviewed the briefs of the parties and the record on appeal and find the claims of error to be without merit. An opinion reciting the detailed facts and restating principles of law would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order. The judgment is affirmed in accordance with Rule 84.16(b).

**Charlene MILLER,
Petitioner/Respondent,**

v.

**Danny MILLER, Respondent/Appellant.**

**No. ED 78754.**

Missouri Court of Appeals,
Eastern District,
Division One.

March 26, 2002.

**In the Interest of M.M.M., a Minor.**

**No. ED 79824.**

Missouri Court of Appeals,
Eastern District,
Division One.

March 26, 2002.